# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK NEAL ANDERSON,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| ) | |
| **vs.** ) | **Civil Action No. 24-00211-KD-B** |
| ) | |
| **BEN E. SHEELY, et al.,** ) | |
| ) | |
|    **Defendants** ) | |
| ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated September 9, 2024, (Doc. 12), is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**DONE** and **ORDERED** this **8th** day of **October 2024**.

                                                                                                              /s/ Kristi K. Dubose  
                                                                                                       **UNITED STATES DISTRICT JUDGE**