# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PATRICK NEAL ANDERSON,** ) | |
| ) | |
|   Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 24-00211-KD-B |
| ) | |
| **BEN E. SHEELY, et al.,** ) | |
| ) | |
|   Defendants ) | |
| ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

**DONE** this **8th** day of **October 2024**.

                                 /s/ Kristi K. Dubose  
                                 **UNITED STATES DISTRICT JUDGE**